Cause Number 067-279476-15

EVANS AVE CLEANERS                              ACADIA INSURANCE COMPANY ET A
                                      VS

OFFICER'S RETURN

Received this __Citation By Certified Mail__ on the 30th day of June, 2015 at 2:57 PM ; and executed at
_3425 WEBB GARDEN DR DALLAS TX 75229_

within the county of _____ State of TX on the 3rd day of July, 2015 by mailing to
the within named _CHRISTOPHER MICHELS_ a true copy of this _Citation By Certified Mail_
together with the accompanying copy of:
_PLAINTIFF'S ORIGINAL PETITION_

        Authorized Person/Constable/Sheriff: Thomas A. Wilder
                                              401 W BELKNAP
                                              FORT WORTH TX 76196-0402
        County of Tarrant, State of Texas
                  By  Deputy
Fees $ 75.00          MARINELL JOYNER

(Must be verified if served outside the State of Texas)
State of _____ County of _____
Signed and sworn to by the said _____ before me this _____
to certify which witness my hand and seal of office

(Seal)                          _____
                                County of Tarrant, State of Texas

                                                                    FILED
                                                                    TARRANT COUNTY
                                                                    2015 JUL -7 PM 3:01
                                                                    THOMAS A. WILDER
                                                                    DISTRICT CLERK

*06727947615000005*

                                                                    EXHIBIT B

FILED
TARRANT COUNTY

2015 JUL -7 PM 3:01

THOMAS A. WILDER
DISTRICT CLERK

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

## CITATION                                    Cause No. 067-279476-15

### EVANS AVE CLEANERS
### VS.
### ACADIA INSURANCE COMPANY ET AL

**TO: CHRISTOPHER MICHELS**

3425 WEBB GARDEN DR DALLAS, TX 75229- US

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 67th District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

EVANS AVE CLEANERS

Filed in said Court on  June 29th, 2015 Against
ACADIA INSURANCE COMPANY, CHRISTOPHER MICHELS

For suit, said suit being numbered 067-279476-15 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

*[FILED TARRANT COUNTY 2015 JUL -7 PM 2:01 THOMAS A. WILDER DISTRICT CLERK]*

### BEN CROWELL
Attorney for EVANS AVE CLEANERS Phone No. (210)495-6789
Address     1350 N LOOP 1604 E STE 104 SAN ANTONIO, TX 78232

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 30th day of June, 2015.

By _____ Deputy
       KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402**

## OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION  having first endorsed on same the date of delivery.

_____

_____

                    Deputy/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                                 _____
                              County of _____, State of _____

# CITATION

Cause No. 067-279476-15

EVANS AVE CLEANERS

VS.

ACADIA INSURANCE COMPANY ET AL

ISSUED

This 30th day of June, 2015

Thomas A. Wilder
Tarrant County District Clerk
401 W BELKNAP
FORT WORTH TX 76196-0402

By          KIMBERLY KRUMLAND Deputy

BEN CROWELL
Attorney for: EVANS AVE CLEANERS
Phone No. (210)495-6789
ADDRESS: 1350 N LOOP 1604 E STE 104

SAN ANTONIO, TX 78232

*CIVIL LAW*


*06727947615000005*

FILED
TARRANT COUNTY
2015 JUL -7  PM 2: 01
THOMAS A. WILDER
DISTRICT CLERK



# S E R V I C E    R E P O R T
### (Certified Mail Only)

Cause Number: 067-279476-15

Party Name   : ACADIA INSURANCE COMPANY

This service of process is being returned  <u>UNEXECUTED</u>  for the following reason:

INSUFFICIENT ADDRESS

Date: 07/10/2015                                    Service Fee:    0.00

_____
Deputy District Clerk

FILED
TARRANT COUNTY
2015 JUL 10 PM 3: 43
THOMAS A. WILDER
DISTRICT CLERK

FILED
TARRANT COUNTY
2015 JUL 10 PM 3:43
THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION

Cause No. 067-279476-15

EVANS AVE CLEANERS
VS.
ACADIA INSURANCE COMPANY ET AL

TO: ACADIA INSURANCE COMPANY

B/S CRAIG SPARKS REG AGENT 122 W CARPENTER FRWY STE 350 IRVING, TX 75039- US

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 67th District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

EVANS AVE CLEANERS

Filed in said Court on June 29th, 2015 Against
ACADIA INSURANCE COMPANY, CHRISTOPHER MICHELS

For suit, said suit being numbered 067-279476-15 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

THOMAS A. WILDER DISTRICT CLERK
2015 JUL 10 PM 3:27
FILED TARRANT COUNTY

BEN CROWELL
Attorney for EVANS AVE CLEANERS Phone No. (210)495-6789
Address    1350 N LOOP 1604 E STE 104 SAN ANTONIO, TX 78232

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 30th day of June, 2015.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION having first endorsed on same the date of delivery.

Deputy/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
_____
County of _____, State of _____

## *CITATION*

Cause No. 067-279476-15

EVANS AVE CLEANERS

VS.

ACADIA INSURANCE COMPANY ET AL

ISSUED

This 30th day of June, 2015

Thomas A. Wilder
Tarrant County District Clerk
401 W BELKNAP
FORT WORTH TX 76196-0402

By       KIMBERLY KRUMLAND Deputy

---

BEN CROWELL
Attorney for: EVANS AVE CLEANERS
Phone No. (210)495-6789
ADDRESS: 1350 N LOOP 1604 E STE 104

SAN ANTONIO, TX 78232

## *CIVIL LAW*



*06727947615000004*

FILED
TARRANT COUNTY
2015 JUL 10 PM 3:28
THOMAS A. WILDER
DISTRICT CLERK



**TARRANT COUNTY**
**THOMAS A. WILDER**
DISTRICT CLERK - CIVIL
401 W. BELKNAP STREET
FORT WORTH, TEXAS 76196-0402



7014 0510 0001 4741 2463

DOCUMENT PRODUCTI

**RESTRICTED DELIVERY**
**ADDRESSEE ONLY**



02 1R  $13.26
0002005965  JUN 30 2015
MAILED FROM ZIP CODE 76196

2015 JUL 10 PM 3:29
THOMAS A. WILDER
DISTRICT CLERK

NIXIE    750    5E 1    0007/07/15
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 761960402    *1934-03936-30-46

7619600402
75039-209475

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

067-279476-15 CM
ACADIA INSURANCE COMPANY
B/S CRAIG SPARKS REG AGT
122 W CARPENTER FRWY STE 350
IRVING, TX 75039

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number (Transfer...)   7014 0510 0001 4741 2463

PS Form 3811, July 2013    Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Co...)

For delivery information visit our website at

Postage    $    1.86
Certified Fee    3.4...
Return Receipt Fee
(Endorsement Required)    2.80
Restricted Delivery Fee
(Endorsement Required)    5.15
Total Postage & Fees    $    13.26

Sent To  067-279476-15 CM
         ACADIA INSURANCE COMPANY
Street, A  B/S CRAIG SPARKS REG AGT
or PO Bo   122 W CARPENTER FRWY ST...
City, Stat IRVING, TX 75039

FILED
TARRANT COUNTY
2015 JUL 10 PM 3:29
THOMAS A. WILDER
DISTRICT CLERK

Case 4:15-cv-00574-A   Document 1-5   Filed 07/31/15   Page 11 of 11   PageID 39

FILED
TARRANT COUNTY
9/23/2015 11:18:27 AM
THOMAS A. WILDER
DISTRICT CLERK

067-279476-15

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY E-FILING SERVICE REQUEST FORM

* This document MUST be filed as a **LEAD DOCUMENT REQUEST** for E-Filing.

**Cause No:** 067-279476-15

**Style of Case:** Evans Ave Cleaners v. Acadia Insurance Company and Christopher Michels

Please reference the Distict Clerk web page, **www.ta**r**rantcounty.com/eDistrictClerk** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.**

[X] **Check box if you would like the District Clerk's Office to make copies for your service. (add $.35 per page per pleading for copies for service)**

| Quantity | Type of Service | TC Constable | Alternatvie Service (Private Process or Out of County) | Certified Mail |
|---|---|---|---|---|
| | Citation by Publication | | | |
| | Citation by Posting | | | |
| 1 | Citation | | Private process - ProActive Legal Solitions | |
| | TRO | | | |
| | Show Cause | | | |
| | Capias | | | |
| | Arrest Warrant | | | |
| | Protective Order | | | |
| | Writ of Habeas | | | |
| | Writ of Attachment | | | |
| | Bench Warrant | | | |
| | Writ of Garnishment | | | |
| | Writ of Permanent Injunction | | | |
| | Writ of Temporary Injunction | | | |
| | | | | |
| | | | | |
| | | | | |

Name of Party to be served: Acadia Insurance Company    Service Type: Private Process
Address for Service: 122 West Carpenter Freeway, Suite 350,    Party Type: Defendant
                    Irving, TX 75039

Name of Party to be served: ____    Service Type: ____
Address for Service: ____    Party Type: ____

Name of Party to be served: ____    Service Type: ____
Address for Service: ____    Party Type: ____

**Attach additional pages if there are more parties to be served.**

**ATTORNEY(OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: Ben R. Crowell    TEXAS BAR NO./ID NO. 24087360
MAILING ADDRESS: 1350 N. Loop 1604 E., Ste. 104, San Antonio, TX 78232
PHONE NO.: 210-495-6789    FAX NO.: 210-495-6790

EMAIL ADDRESS: bcrowell@speightsfirm.com

REVISED 12/20/13